UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Lianhua Weng,

                     Plaintiff(s),

    -against-

Kung Fu Little Steamed Buns Ramen, Inc., et al.,
                     Defendant(s).
------------------------------------x

17 CV 273 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than December 6, 2019 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                                                                 _Loretta A. Preska_

                                                                     LORETTA A. PRESKA,

                                                                     Senior U.S.D.J.

Dated: November 27, 2019

New York, New York