UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIANHUA WENG, et al.,

        Plaintiffs,

-versus-

KUNG FU LITTLE STEAMED BUNS RAMEN, INC., et al.,

        Defendants.

No. 17 Civ. 273 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    In light of Plaintiffs' counsel's unrealistic settlement position, trial shall commence on October 5, 2020. Trial papers shall be filed one week before the start of trial. Counsel shall continue to confer and shall inform the Court by letter no later than April 11, 2020 of the status of the action.

SO ORDERED.

Dated: March 30, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior U.S. District Judge