UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIANHUA WENG, et al.,

        Plaintiffs,

  -versus-

KUNG FU LITTLE STEAMED BUNS RAMEN, INC., et al.,

        Defendants.

17 Civ. 273 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Counsel shall appear telephonically for a settlement conference on May 26 at 10:00 a.m.  Counsel shall have authority from their clients.  Clients may join the call.  The dial-in for the conference is (888) 363-4734, access code: 4645450.

**SO ORDERED.**

Dated:  May 8, 2020
       New York, New York

                                                *Loretta A. Preska*
                                                _____
                                                LORETTA A. PRESKA, U.S.D.J.