UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIANHUA WENG, et al.,

               Plaintiffs,

   -versus-

KUNG FU LITTLE STEAMED BUNS
RAMEN, INC., et al.,

               Defendants.

17 Civ. 273 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The parties have reported that they have not reached a settlement.

    Counsel shall continue to discuss settlement.

    Counsel shall check in with the Court no later than September 8, 2020 to ascertain the status of jury trials in the Southern District of New York.

**SO ORDERED.**

Dated:  May 27, 2020
       New York, New York

                        _____
                        LORETTA A. PRESKA, U.S.D.J.