```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LIANHUA WENG, et al.,

        Plaintiffs,

  -against-

KUNG FU LITTLE STEAMED BUNS RAMEN, INC., et al.,

        Defendants.

No. 17-CV-273 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The parties shall appear for a teleconference on February 23, 2021 at 10:00 a.m., using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:  February 5, 2021
       New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.