# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

February 11, 2021

*Via* ECF
Hon. Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Letter Requesting to Adjourn the Telephone Conference:
              *Weng v. Kung Fu Little Steamed Buns Ramen Inc.*, No. 17-cv-00273 (S.D.N.Y.)

Your Honor,

    This office represents the Plaintiffs in the above-referenced matter. We write with the consent of Defendants to respectfully request the Court to reschedule the telephone conference currently scheduled to be held on February 23, 2021 at 10:00 a.m. to <u>any time between 02:00 p.m. and 02:30 p.m. or anytime after 04:00 p.m. on February 24, 2021 or alternatively proposes February 25, 2021</u> to adjourn the telephone conference. This is Plaintiff's first request to reschedule and granting such request will not prejudice any party.

    On February 5, 2021, Your Honor scheduled the telephone conference in the above referenced matter for February 23, 2021 at 10:00 a.m. *See* Dkt. No. 82. However, Plaintiffs' counsel is experiencing a scheduling conflict due to his required appearance at the same time in another matter and would not be able to attend the telephone status conference scheduled in the above referenced matter for February 23, 2021 at 10:00 a.m. As such, Plaintiffs respectfully requests to reschedule the conference from February 23, 2021 at 10:00 a.m. to any time between 02:00 p.m. and 02:30 p.m. or any time after 04:00 p.m. on February 24, 2021, or in the alternative proposes February 25, 2021, for Your Honor's consideration.

    For all the foregoing reasons, Plaintiffs respectfully requests to adjourn the telephone conference currently scheduled for February 23, 2021 at 10:00 a.m., to any time between 02:00 p.m. and 02:30 p.m. or any time after 04:00 p.m. on February 24, 2021, or in the alternative proposes February 25, 2021, for Your Honor's consideration.

    We thank this Court for its time and consideration in this matter and respectfully apologizes for any inconveniences caused to this Court.

Respectfully submitted,
/s/ *Aaron Schweitzer*
Aaron Schweitzer
*Attorney for Plaintiffs*

cc:    *via* ECF all counsel of record

---

The conference scheduled for February 23, 2021 at 10:00 a.m. is adjourned to 4:00 p.m.

**SO ORDERED.**

Dated: February 12, 2021
New York, New York

*Loretta A. Preska* (signature)
LORETTA A. PRESKA,
U.S.D.J.