UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIANHUA WENG, et al.,

               Plaintiffs,

-against-

KUNG FU LITTLE STEAMED BUNS
RAMEN, INC., et al.,

               Defendants.

No. 17-CV-273 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

A final pretrial conference in this matter was held, as scheduled, on February 23, 2021 at 4:00 p.m.  Counsel of record for Defendants John Liu and Zhimin Chen--attorneys Jian Hang and Shan Zhu of Hang & Associates, PLLC--failed to appear.

Counsel are directed to be in contact with counsel for the other parties.  As detailed in the Order of September 30, 2020, (see dkt. no. 81), counsel shall (1) participate in preparing the joint requests to charge and (2) submit any proposed voir dire questions.  Those requests shall be submitted to the Court by letter no later than March 3, 2021, one week in advance of the March 10 trial date.

**SO ORDERED.**

Dated:     February 23, 2021
           New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1