UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIANHUA WENG, et al.,

                Plaintiffs,

-against-

KUNG FU LITTLE STEAMED BUNS
RAMEN, INC., et al.,

                Defendant.

No. 17-CV-273 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In accordance with Local Civil Rule 47.1, the parties are informed that should they not inform the Court by noon on March 9 that they will not proceed to trial on March 10 and then fail to proceed on March 10, they will be assessed the cost of one day's attendance of jurors.

**SO ORDERED.**

Dated:    March 1, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge