UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIANHUA WENG, et al.,

               Plaintiffs,

-against-

KUNG FU LITTLE STEAMED BUNS
RAMEN, INC., et al.,

               Defendant.

No. 17-CV-273 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendants' motion for Rule 11 sanctions and dismissal of the action.  (See dkt. nos. 91-92.) In light of the fact that a jury trial in this matter is scheduled to begin on March 10, any opposition to the motion shall be filed no later than 5:00 p.m. on March 4, and any reply no later than 5:00 p.m. on March 5.

**SO ORDERED.**

Dated:     March 2, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1