UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIANHUA WENG, et al.,

        Plaintiffs,

-against-

KUNG FU LITTLE STEAMED BUNS RAMEN, INC., et al.,

        Defendants.

No. 17-CV-273 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court are the parties' letters regarding the admissibility of certain documents referred to as "work schedules" by Plaintiffs and "time records" by Defendants. (See dkt. nos. 94, 100.)  Because the parties stipulated to the admissibility of those documents in the joint pretrial order-- each party included them on their proposed exhibit list[1]--the documents will be received.  However, any witness with knowledge may testify as to what the documents reflect.

**SO ORDERED.**

Dated:    March 6, 2021
          New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge

---

[1] Plaintiffs identified the relevant documents as Exhibits 3 and 8, while Defendants identified those documents as exhibits A and H.  (See dkt. no. 58 at 8-10.)