UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANHUA WENG, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> KUNG FU LITTLE STEAMED BUNS RAMEN, INC., et al., <br><br> Defendants. | No. 17-CV-273 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and file a proposed jury verdict form no later than March 9, 2021 at noon.

**SO ORDERED.**

Dated:    March 8, 2021
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1