UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIANHUA WENG, HAIHUA ZHAI,
SHIMIN YUAN, GUANGLI ZHANG,
CHENGBIN QIAN,

                Plaintiffs,

-against-

KUNG FU LITTLE STEAMED BUNS
RAMEN, INC., d/b/a Kung Fu
Little Steamed Buns Ramen, KUNG
FU DELICACY, INC., d/b/a Kung
Fu Little Steamed Buns Ramen,
KUNG FU KITCHEN, INC., d/b/a
Kung Fu Little Steamed Buns
Ramen, ZHE SONG, a/k/a Peter
Song, JOHN LIU, a/k/a Andy Liu,
ZHIMIN CHEN,

                Defendants.

No. 17-CV-273 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    By no later than March 24, 2021, the parties shall confer and submit a joint calculation of the damages based on the jury's verdict forms.  By no later than March 18, the parties shall confer and submit, by letter, a proposed briefing schedule for any forthcoming motion for attorney's fees and costs.

**SO ORDERED.**

Dated:    March 16, 2021
            New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge