UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIANHUA WENG, HAIHUA ZHAI,
SHIMIN YUAN, GUANGLI ZHANG,
CHENGBIN QIAN,

                Plaintiffs,

-against-

KUNG FU LITTLE STEAMED BUNS
RAMEN, INC., d/b/a Kung Fu
Little Steamed Buns Ramen, KUNG
FU DELICACY, INC., d/b/a Kung
Fu Little Steamed Buns Ramen,
KUNG FU KITCHEN, INC., d/b/a
Kung Fu Little Steamed Buns
Ramen, ZHE SONG, a/k/a Peter
Song, JOHN LIU, a/k/a Andy Liu,
ZHIMIN CHEN,

                Defendants.

No. 17-CV-273 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    By no later than March 24, 2021, the parties shall confer and submit a proposed judgment as to Defendants John "Andy" Liu and Zhimin Chen, both of whom the Court has already determined to be in default due to their failure to appear for trial.

**SO ORDERED.**

Dated:   March 16, 2021
           New York, New York

                                /s/ Loretta A. Preska
                                LORETTA A. PRESKA
                                Senior United States District Judge