UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANHUA WENG, HAIHUA ZHAI, SHIMIN YUAN, GUANGLI ZHANG, CHENGBIN QIAN,<br><br>                Plaintiffs,<br><br>-against-<br><br>KUNG FU LITTLE STEAMED BUNS RAMEN, INC., d/b/a Kung Fu Little Steamed Buns Ramen, KUNG FU DELICACY, INC., d/b/a Kung Fu Little Steamed Buns Ramen, KUNG FU KITCHEN, INC., d/b/a Kung Fu Little Steamed Buns Ramen, ZHE SONG, a/k/a Peter Song, JOHN LIU, a/k/a Andy Liu, ZHIMIN CHEN,<br><br>                Defendants. | No. 17-CV-273 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiffs' motion for an extension of time to file a motion for substitution of Guangli Zhang.[1]  Defendants opposed the motion.[2]  Counsel shall confer and propose, by letter, a briefing schedule for (1) a motion to substitute for Guangli Zhang and (2) any proposed motion to dismiss Guangli Zhang's claims under Fed. R. Civ. P. 41(b).  The

---

[1] (See Motion for Extension of Time to Move for Substitution of Guangli Zhang, dated May 25, 2021 [dkt. no. 126].)

[2] (See Letter Response, dated June 2, 2021 [dkt. no. 128].)

1

parties shall file that letter no later than July 30, 2021 at noon.

**SO ORDERED.**

Dated:   July 26, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge