UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANHUA WENG, et al.,<br><br>               Plaintiffs,<br><br>-against-<br><br>KUNG FU LITTLE STEAMED BUNS RAMEN, INC., et al.,<br><br>               Defendants. | No. 17-CV-273 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Defendants' proposed briefing schedule related to the Rule 41 motion to dismiss is approved. (See dkt. no. 130.) Defendants shall file the motion on or before September 3, 2021. Any opposition shall be filed by September 17, 2021, and any reply may be filed by September 24, 2021.

    As for the motion to substitute, the Court will stay setting a briefing schedule for sixty days pending the Surrogate's Court's resolution of the referenced Letters of Administration. (See dkt. no. 131.)

**SO ORDERED.**

Dated:    August 2, 2021
           New York, New York

                                      _/s/ Loretta A. Preska_
                                      LORETTA A. PRESKA
                                      Senior United States District Judge