UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
LIANHUA WENG,
HAIHUA ZHAI,
SHIMIN YUAN,
CHENGBIN QIAN, and
GUANGLI ZHANG,

                               Plaintiffs,        Case No. 17-cv-00273 (LAP)

                  v.                         ~~[PROPOSED]~~
                                                      **JUDGMENT**

KUNG FU LITTLE STEAMED BUNS RAMEN INC.
    d/b/a Kung Fu Little Steamed Buns Ramen,
KUNG FU DELICACY INC.
    d/b/a Kung Fu Little Steamed Buns Ramen,
KUNG FU KITCHEN INC.
    d/b/a Kung Fu Little Steamed Buns Ramen,
ZHE SONG
    a/k/a Peter Song,
"JOHN" LIU
    a/k/a Andy Liu, and
ZHIMIN CHEN,

                               Defendants.
----------------------------------------------------------------- x

       IT IS ORDERED, ADJUDGED, AND DECREED: that Plaintiff Lianhua Weng has judgment jointly and severally against Defendants Kung Fu Little Steamed Buns Ramen Inc. d/b/a Kung Fu Little Steamed Buns Ramen, Kung Fu Delicacy Inc. d/b/a Kung Fu Little Steamed Buns Ramen, Kung Fu Kitchen Inc. d/b/a Kung Fu Little Steamed Buns Ramen, Zhe Song a/k/a Peter Song, "John" Liu a/k/a Andy Liu, and Zhimin Chen (hereinafter "Defendants") in the amount of $215,286.71, consisting of:

(A) compensatory damages for unpaid wages under the New York Labor Law (hereinafter "NYLL") in the amount of $79,410.82;

(B) liquidated damages for unpaid wages under the NYLL in the amount of $79,410.82;

(C) statutory damages for violation of NYLL § 195.1 in the amount of $5,000.00;

(D) statutory damages for violation of NYLL § 195.3 in the amount of $5,000.00; and

(E) prejudgment interest on the unpaid wages calculated at the rate of 9% per annum and totaling $ 46,465.12 .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that Plaintiff Haihua Zhai has judgment jointly and severally against Defendants in the amount of $ 55,266.09 , consisting of:

(A) compensatory damages for unpaid wages under the NYLL in the amount of $17,786.76;

(B) liquidated damages for unpaid wages under the NYLL in the amount of $17,786.76;

(C) statutory damages for violation of NYLL § 195.1 in the amount of $5,000.00;

(D) statutory damages for violation of NYLL § 195.3 in the amount of $5,000.00; and

(E) prejudgment interest on the unpaid wages calculated at the rate of 9% per annum and totaling $ 9,692.57 .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that Plaintiff Shimin Yuan has judgment jointly and severally against Defendants in the amount of $ 49,038.56 , consisting of:

(A) compensatory damages for unpaid wages under the NYLL in the amount of $15,527.79;

(B) liquidated damages for unpaid wages under the NYLL in the amount of $15,527.79;

(C) statutory damages for violation of NYLL § 195.1 in the amount of $5,000.00;

(D) statutory damages for violation of NYLL § 195.3 in the amount of $5,000.00; and

(E) prejudgment interest on the unpaid wages calculated at the rate of 9% per annum and totaling $ 7,982.98 .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that Plaintiff Chengbin Qian has judgment jointly and severally against Defendants in the amount of $ 96,060.73 , consisting of:

(A) compensatory damages for unpaid wages under the NYLL in the amount of $35,070.36;

(B) liquidated damages for unpaid wages under the NYLL in the amount of $35,070.36;

(C) statutory damages for violation of NYLL § 195.1 in the amount of $5,000.00;

(D) statutory damages for violation of NYLL § 195.3 in the amount of $5,000.00; and

(E) prejudgment interest on the unpaid wages calculated at the rate of 9% per annum and totaling $ 15,920.02 .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that Plaintiff Wen Zhang, having been substituted for Guangli Zhang, has judgment jointly and severally against Defendants in the amount of $ 40,348.79 , consisting of:

(A) compensatory damages for unpaid wages under the NYLL in the amount of $12,176.48;

(B) liquidated damages for unpaid wages under the NYLL in the amount of $12,176.48;

(C) statutory damages for violation of NYLL § 195.1 in the amount of $5,000.00;

(D) statutory damages for violation of NYLL § 195.3 in the amount of $5,000.00; and

(E) prejudgment interest on the unpaid wages calculated at the rate of 9% per annum and totaling $ 5,995.83 .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that Plaintiffs be awarded attorney fees against Defendants, jointly and severally, in the amount of $80,253.50, and costs in the amount of $5,169.93.

IT IS FURTHER ORDERED: that Plaintiffs be awarded post-judgment interest, as calculated under 28 U.S.C. § 1961. If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198.4.

IT IS FURTHER ORDERED: that the Judgment rendered by the Court on this day in favor of Plaintiffs be entered as a final judgment against Defendants in the total amount of $541,424.39, as described above.

The Clerk of Court is directed to enter judgment, and to close this case.

SO ORDERED.

Dated: New York, NY
September 28, 2021

Hon. Loretta A. Preska, U.S.D.J.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

LORETTA A. PRESKA, U.S.D.J.

17-CV-273 (LAP)
All Plaintiffs

| Total Damages and Pre-Judgment Interest | | |
|---|---|---|
| **Plaintiff** | | **Award** |
| Lianhua Wang | $ | 168,821.65 |
| Haihua Zhai | $ | 45,573.52 |
| Shimin Yuan | $ | 41,055.58 |
| Wen Zhang | $ | 34,352.96 |
| Chengbin Qian | $ | 80,140.71 |
| Pre-Judgment Interest | $ | 86,056.53 |
| Attorney's Fees | $ | 80,253.50 |
| Costs | $ | 5,169.93 |
| **Total Judgment** | **$** | **541,424.39** |

1

17-CV-273 (LAP)
Plaintiff Lianhua Weng

## Duration of Employment

| Period | Period Start<br>A | Period End<br>B | Days<br>C=B-A | Weeks<br>D=C/7 |
|---|---|---|---|---|
| #1 | 1/1/2014 [1] | 12/30/2014 [1] | 364 | 52.00 |
| #2 | 12/31/2014 [1] | 4/30/2015 [1] | 121 | 17.29 |
| #3 | 5/1/2015 [1] | 12/30/2015 [1] | 244 | 34.86 |
| #4 | 12/31/2015 [1] | 6/30/2016 [1] | 183 | 26.14 |
|  |  | Total | 912.00 | 130.29 |

## Hours Worked

| Period | Hrs./Week<br>E | Regular Hrs.<br>F=40 | Overtime Hrs.<br>G=E-F |
|---|---|---|---|
| #1 | 80.50 [2] | 40.00 | 40.50 [3] |
| #2 | 80.50 [2] | 40.00 | 40.50 [3] |
| #3 | 69.00 [2] | 40.00 | 29.00 [3] |
| #4 | 69.00 [2] | 40.00 | 29.00 [3] |

## Minimum Wage Damages

| Period | Minimum Wage<br>H | Regular Rate<br>I | Difference<br>J=H-I | Damages/Week<br>K=J*F | Damages<br>L=K*D |
|---|---|---|---|---|---|
| #1 | $ 8.00 [4] | $ 5.77 [5] | $ 2.23 | $ 89.23 | $ 4,640.00 |
| #2 | $ 8.75 [4] | $ 5.77 [5] | $ 2.98 | $ 119.23 | $ 2,060.99 |
| #3 | $ 8.75 [4] | $ 5.77 [5] | $ 2.98 | $ 119.23 | $ 4,156.04 |
| #4 | $ 9.00 [4] | $ 5.77 [5] | $ 3.23 | $ 129.23 | $ 3,378.46 |
|  |  |  |  | Total | $ 14,235.49 |

[1] Dates determined based on Verdict Form, Question #2. (See dkt. no. 113 at 2.)
[2] From Verdict Form, Question # 6. (See dkt. no. 113 at 4.)
[3] From Verdict Form, Question # 10. (See dkt. no. 113 at 5.)
[4] See N.Y. Lab. Law § 652(1).
[5] From Verdict Form, Question # 7(c). (See dkt. no. 113 at 4.)

2

17-CV-273 (LAP)
Plaintiff Lianhua Weng

### Overtime Damages

| Period | Overtime Wage<br>M=H*1.5 | Overtime Hrs.<br>G (Above) | Overtime/Week<br>N=M*G | Weeks<br>D (Above) | Damages<br>O=N*D |
|---|---|---|---|---|---|
| #1 | $ 12.00 [6] | 40.50 | $ 486.00 | 52.00 | $ 25,272.00 |
| #2 | $ 13.13 [6] | 40.50 | $ 531.56 | 17.29 | $  9,188.44 |
| #3 | $ 13.13 [6] | 29.00 | $ 380.63 | 34.86 | $ 13,267.50 |
| #4 | $ 13.50 [6] | 29.00 | $ 391.50 | 26.14 | $ 10,234.93 |
|    |             |       |          | Total | $ 57,962.87 |

### Spread of Hours Damages

| Period | Minimum Wage<br>H (Above) | Days/Week<br>P | Spread/Week<br>Q=H*P | Weeks<br>D (Above) | Damages<br>R=Q*D |
|---|---|---|---|---|---|
| #1 | $ 8.00 | 7.00 [7] | $ 56.00 | 52.00 | $ 2,912.00 |
| #2 | $ 8.75 | 7.00 [7] | $ 61.25 | 17.29 | $ 1,058.75 |
| #3 | $ 8.75 | 6.00 [7] | $ 52.50 | 34.86 | $ 1,830.00 |
| #4 | $ 9.00 | 6.00 [7] | $ 54.00 | 26.14 | $ 1,411.71 |
|    |        |          |         | Total | $ 7,212.46 |

### Compensation Damages

| Type of Compensation | Damages<br>S=L+O+R | Liquidated<br>T=S |
|---|---|---|
| Minimum Wage    | $ 14,235.49 | $ 14,235.49 [8] |
| Overtime        | $ 57,962.87 | $ 57,962.87 [8] |
| Spread of Hours | $  7,212.46 | $  7,212.46 [8] |
| Total           | $ 79,410.82 | $ 79,410.82 |

[6] Here, the overtime wage rate is 1.5 times the minimum wage. See 12 N.Y.C.R.R. § 146-1.4.

[7] From Verdict Form, Question # 13. (See dkt. no. 113 at 6.)

[8] Because Defendants did not act in good faith, (see dkt. no. 113 at 7-8), liquidated damages are equal to 100% of underpaid wages, see N.Y. Lab. Law § 663(1).

3

17-CV-273 (LAP)
Plaintiff Lianhua Weng

| Wage Notification | | | | | Wage Statements | | |
|---|---|---|---|---|---|---|---|
| Days<br>C (Above) | Damages/Day<br>U | | Penalty<br>V=C*U | | Days<br>C (Above) | Damages/Day<br>W | Penalty<br>X=C*W |
| 912.00 | $ 50.00 [9] | | $ 5,000.00 [10] | | 912.00 | $ 250.00 [11] | $ 5,000.00 [12] |

**Summary**

| | | |
|---|---|---|
| Compensation Damages | S (Above) | $ 79,410.82 |
| Liquidated Damages | T (Above) | $ 79,410.82 |
| Wage Notification Penalty | V (Above | $ 5,000.00 |
| Wage Statements Penalty | X (Above) | $ 5,000.00 |
| **Total Award** | Y=S+T+V+X | **$ 168,821.65** |

[9] See N.Y. Lab. Law § 198(1-b).
[10] Under the New York Labor Law, the maximum penalty cannot exceed $5,000.  See N.Y. Lab. Law § 198(1-b).
[11] See N.Y. Lab. Law § 198(1-d).
[12] Under the New York Labor Law, the maximum penalty cannot exceed $5,000.  See N.Y. Lab. Law § 198(1-d).

4

17-CV-273 (LAP)
Plaintiff Haihua Zhai

## Duration of Employment

| Period | Period Start A | Period End B | Days C=B-A | Weeks D=C/7 |
|---|---|---|---|---|
| #1 | 5/4/2015 [13] | 12/30/2015 [13] | 241 | 34.43 |
| #2 | 12/31/2015 [13] | 1/20/2016 [13] | 21 | 3.00 |
| | | Total | 262.00 | 37.43 |

## Hours Worked

| Period | Hrs./Week E | Regular Hrs. F=40 | Overtime Hrs. G=E-F |
|---|---|---|---|
| #1 | 63.00 [14] | 40.00 | 23.00 [15] |
| #2 | 63.00 [14] | 40.00 | 23.00 [15] |

## Minimum Wage Damages

| Period | Minimum Wage H | Regular Rate I | Difference J=H-I | Damages/Week K=J*F | Damages L=K*D |
|---|---|---|---|---|---|
| #1 | $ 8.75 [16] | $ 5.77 [17] | $ 2.98 | $ 119.23 | $ 4,104.95 |
| #2 | $ 9.00 [16] | $ 5.77 [17] | $ 3.23 | $ 129.23 | $ 387.69 |
| | | | | Total | $ 4,492.64 |

## Overtime Damages

| Period | Overtime Wage M=H*1.5 | Overtime Hrs. G (Above) | Overtime/Week N=M*G | Weeks D (Above) | Damages O=N*D |
|---|---|---|---|---|---|
| #1 | $ 13.13 [18] | 23.00 | $ 301.88 | 34.43 | $ 10,393.13 |
| #2 | $ 13.50 [18] | 23.00 | $ 310.50 | 3.00 | $ 931.50 |
| | | | | Total | $ 11,324.63 |

[13] Dates determined based on Verdict Form, Question #2. (See dkt. no. 112 at 2.)
[14] From Verdict Form, Question # 6. (See dkt. no. 112 at 4.)
[15] From Verdict Form, Question # 10. (See dkt. no. 112 at 5.)
[16] See N.Y. Lab. Law § 652(1).
[17] From Verdict Form, Question # 7(c). (See dkt. no. 112 at 4.)
[18] Here, the overtime wage rate is 1.5 times the minimum wage. See 12 N.Y.C.R.R. § 146-1.4.

5

17-CV-273 (LAP)
Plaintiff Haihua Zhai

## Spread of Hours Damages

| Period | Minimum Wage H (Above) | Days/Week P | Spread/Week Q=H*P | Weeks D (Above) | Damages R=Q*D |
|---|---|---|---|---|---|
| #1 | $ 8.75 | 6.00 [19] | $ 52.50 | 34.43 | $ 1,807.50 |
| #2 | $ 9.00 | 6.00 [19] | $ 54.00 | 3.00 | $ 162.00 |
|  |  |  |  | Total | $ 1,969.50 |

## Compensation Damages

| Type of Compensation | Damages S=L+O+R | Liquidated T=S |
|---|---|---|
| Minimum Wage | $ 4,492.64 | $ 4,492.64 [20] |
| Overtime | $ 11,324.63 | $ 11,324.63 [20] |
| Spread of Hours | $ 1,969.50 | $ 1,969.50 [20] |
| Total | $ 17,786.76 | $ 17,786.76 |

## Wage Notification

| Days C (Above) | Damages/Day U | Penalty V=C*U |
|---|---|---|
| 262.00 | $ 50.00 [21] | $ 5,000.00 [22] |

## Wage Statements

| Days C (Above) | Damages/Day W | Penalty X=C*W |
|---|---|---|
| 262.00 | $ 250.00 [23] | $ 5,000.00 [24] |

## Summary

| | |
|---|---|
| Compensation Damages | S (Above) | $ 17,786.76 |
| Liquidated Damages | T (Above) | $ 17,786.76 |
| Wage Notification Penalty | V (Above) | $ 5,000.00 |
| Wage Statements Penalty | X (Above) | $ 5,000.00 |
| **Total Award** | Y=S+T+V+X | $ 45,573.52 |

[19] From Verdict Form, Question # 13. (See dkt. no. 112 at 6.)
[20] Because Defendants did not act in good faith, (see dkt. no. 112 at 7-8), liquidated damages are equal to 100% of underpaid wages, see N.Y. Lab. Law § 663(1).
[21] See N.Y. Lab. Law § 198(1-b).
[22] Under the New York Labor Law, the maximum penalty cannot exceed $5,000. See N.Y. Lab. Law § 198(1-b).
[23] See N.Y. Lab. Law § 198(1-d).
[24] Under the New York Labor Law, the maximum penalty cannot exceed $5,000. See N.Y. Lab. Law § 198(1-d).

17-CV-273 (LAP)
Plaintiff Shimin Yuan

## Duration of Employment

| Period | Period Start<br>A | Period End<br>B | Days<br>C=B−A | Weeks<br>D=C/7 |
|---|---|---|---|---|
| #1 | 10/3/2015 [25] | 12/30/2015 [25] | 89 | 12.71 |
| #2 | 12/31/2015 [25] | 4/26/2016 [25] | 118 | 16.86 |
|  |  | Total | 207.00 | 29.57 |

## Hours Worked

| Period | Hrs./Week<br>E | Regular Hrs.<br>F=40 | Overtime Hrs.<br>G=E−F |
|---|---|---|---|
| #1 | 66.00 [26] | 40.00 | 26.00 [27] |
| #2 | 66.00 [26] | 40.00 | 26.00 [27] |

## Minimum Wage Damages

| Period | Minimum Wage<br>H | Regular Rate<br>I | Difference<br>J=H−I | Damages/Week<br>K=J*F | Damages<br>L=K*D |
|---|---|---|---|---|---|
| #1 | $ 8.75 [28] | $ 5.77 [29] | $ 2.98 | $ 119.23 | $ 1,515.93 |
| #2 | $ 9.00 [28] | $ 5.77 [29] | $ 3.23 | $ 129.23 | $ 2,178.46 |
|  |  |  |  | Total | $ 3,694.40 |

## Overtime Damages

| Period | Overtime Wage<br>M=H*1.5 | Overtime Hrs.<br>G (Above) | Overtime/Week<br>N=M*G | Weeks<br>D (Above) | Damages<br>O=N*D |
|---|---|---|---|---|---|
| #1 | $ 13.13 [30] | 26.00 | $ 341.25 | 12.71 | $ 4,338.75 |
| #2 | $ 13.50 [30] | 26.00 | $ 351.00 | 16.86 | $ 5,916.86 |
|  |  |  |  | Total | $ 10,255.61 |

[25] Dates determined based on Verdict Form, Question #2. (See dkt. no. 111 at 2.)
[26] From Verdict Form, Question # 6. (See dkt. no. 111 at 4.)
[27] From Verdict Form, Question # 10. (See dkt. no. 111 at 5.)
[28] See N.Y. Lab. Law § 652(1).
[29] From Verdict Form, Question # 7(c). (See dkt. no. 111 at 4.)
[30] Here, the overtime wage rate is 1.5 times the minimum wage. See 12 N.Y.C.R.R. § 146-1.4.

7

17-CV-273 (LAP)
Plaintiff Shimin Yuan

## Spread of Hours Damages

| Period | Minimum Wage<br>H (Above) | Days/Week<br>P | Spread/Week<br>Q=H*P | Weeks<br>D (Above) | Damages<br>R=Q*D |
|---|---|---|---|---|---|
| #1 | $ 8.75 | 6.00 [31] | $ 52.50 | 12.71 | $ 667.50 |
| #2 | $ 9.00 | 6.00 [31] | $ 54.00 | 16.86 | $ 910.29 |
|  |  |  |  | Total | $ 1,577.79 |

## Compensation Damages

| Type of Compensation | Damages<br>S=L+O+R | Liquidated<br>T=S |
|---|---|---|
| Minimum Wage | $ 3,694.40 | $ 3,694.40 [32] |
| Overtime | $ 10,255.61 | $ 10,255.61 [32] |
| Spread of Hours | $ 1,577.79 | $ 1,577.79 [32] |
| Total | $ 15,527.79 | $ 15,527.79 |

## Wage Notification

| Days<br>C (Above) | Damages/Day<br>U | Penalty<br>V=C*U |
|---|---|---|
| 207.00 | $ 50.00 [33] | $ 5,000.00 [34] |

## Wage Statements

| Days<br>C (Above) | Damages/Day<br>W | Penalty<br>X=C*W |
|---|---|---|
| 207.00 | $ 250.00 [35] | $ 5,000.00 [36] |

## Summary

| | | |
|---|---|---|
| Compensation Damages | S (Above) | $ 15,527.79 |
| Liquidated Damages | T (Above) | $ 15,527.79 |
| Wage Notification Penalty | V (Above) | $ 5,000.00 |
| Wage Statements Penalty | X (Above) | $ 5,000.00 |
| **Total Award** | Y=S+T+V+X | $ 41,055.58 |

[31] From Verdict Form, Question # 13. (See dkt. no. 111 at 6.)
[32] Because Defendants did not act in good faith, (see dkt. no. 111 at 7-8), liquidated damages are equal to 100% of underpaid wages, see N.Y. Lab. Law § 663(1).
[33] See N.Y. Lab. Law § 198(1-b).
[34] Under the New York Labor Law, the maximum penalty cannot exceed $5,000. See N.Y. Lab. Law § 198(1-b).
[35] See N.Y. Lab. Law § 198(1-d).
[36] Under the New York Labor Law, the maximum penalty cannot exceed $5,000. See N.Y. Lab. Law § 198(1-d).

8

17-CV-273 (LAP)
Plaintiff Wen Zhang

## Duration of Employment

| Period | Period Start<br>A | Period End<br>B | Days<br>C=B-A | Weeks<br>D=C/7 |
|---|---|---|---|---|
| #1 | 1/8/2016 [37] | 7/14/2016 [37] | 189 | 27.00 |

## Hours Worked

| Period | Hrs./Week<br>E | Regular Hrs.<br>F=40 | Overtime Hrs.<br>G=E-F |
|---|---|---|---|
| #1 | 60.50 [38] | 40.00 | 20.50 [39] |

## Minimum Wage Damages

| Period | Minimum Wage<br>H | Regular Rate<br>I | Difference<br>J=H-I | Damages/Week<br>K=J*F | Weeks<br>D (Above) | Damages<br>L=K*D |
|---|---|---|---|---|---|---|
| #1 | $ 9.00 [40] | $ 5.77 [41] | $ 3.23 | $ 129.23 | 27.00 | $ 3,489.23 |

## Overtime Damages

| Period | Overtime Wage<br>M=H*1.5 | Overtime Hrs.<br>G (Above) | Overtime/Week<br>N=M*G | Weeks<br>D (Above) | Damages<br>O=N*D |
|---|---|---|---|---|---|
| #1 | $ 13.50 [42] | 20.50 | $ 276.75 | 27.00 | $ 7,472.25 |

## Spread of Hours Damages

| Period | Minimum Wage<br>H (Above) | Days/Week<br>P | Spread/Week<br>Q=H*P | Weeks<br>D (Above) | Damages<br>R=Q*D |
|---|---|---|---|---|---|
| #1 | $ 9.00 | 5.00 [43] | $ 45.00 | 27.00 | $ 1,215.00 |

[37] Dates determined based on Verdict Form, Question #2. (See dkt. no. 110 at 2.)
[38] From Verdict Form, Question # 6. (See dkt. no. 110 at 4.)
[39] From Verdict Form, Question # 10. (See dkt. no. 110 at 5.)
[40] See N.Y. Lab. Law § 652(1).
[41] From Verdict Form, Question # 7(C). (See dkt. no. 110 at 4.)
[42] Here, the overtime wage rate is 1.5 times the minimum wage. See 12 N.Y.C.R.R. § 146-1.4.
[43] From Verdict Form, Question # 13. (See dkt. no. 110 at 6.)

9

17-CV-273 (LAP)
Plaintiff Wen Zhang

## Compensation Damages

| Type of Compensation | Damages<br>S=L+O+R | Liquidated<br>T=S |
|---|---|---|
| Minimum Wage | $ 3,489.23 | $ 3,489.23 [44] |
| Overtime | $ 7,472.25 | $ 7,472.25 [44] |
| Spread of Hours | $ 1,215.00 | $ 1,215.00 [44] |
| Total | $ 12,176.48 | $ 12,176.48 |

## Wage Notification

| Days<br>C (Above) | Damages/Day<br>U | Penalty<br>V=C*U |
|---|---|---|
| 189.00 | $ 50.00 [45] | $ 5,000.00 [46] |

## Wage Statements

| Days<br>C (Above) | Damages/Day<br>W | Penalty<br>X=C*W |
|---|---|---|
| 189.00 | $ 250.00 [47] | $ 5,000.00 [48] |

## Summary

| | |
|---|---|
| Compensation Damages | S (Above) | $ 12,176.48 |
| Liquidated Damages | T (Above) | $ 12,176.48 |
| Wage Notification Penalty | V (Above) | $ 5,000.00 |
| Wage Statements Penalty | X (Above) | $ 5,000.00 |
| Total Award | Y=S+T+V+X | $ 34,352.96 |

[44] Because Defendants did not act in good faith, (see dkt. no. 111 at 7-8), liquidated damages are equal to 100% of underpaid wages, see N.Y. Lab. Law § 663(1).

[45] See N.Y. Lab. Law § 198(1-b).

[46] Under the New York Labor Law, the maximum penalty cannot exceed $5,000. See N.Y. Lab. Law § 198(1-b).

[47] See N.Y. Lab. Law § 198(1-d).

[48] Under the New York Labor Law, the maximum penalty cannot exceed $5,000. See N.Y. Lab. Law § 198(1-d).

10

17-CV-273 (LAP)
Plaintiff Chengbin Qian

### Duration of Employment

| Period | Period Start A | Period End B | Days C=B-A | Weeks D=C/7 |
|---|---|---|---|---|
| #1 | 3/1/2016 [49] | 12/30/2016 [49] | 305 | 43.57 |
| #2 | 12/31/2016 [49] | 2/28/2017 [49] | 60 | 8.57 |
| #3 | 3/1/2017 [49] | 3/31/2017 [49] | 31 | 4.43 |
| | | Total | 396.00 | 56.57 |

### Hours Worked

| Period | Hrs./Week E | Regular Hrs. F=40 | Overtime Hrs. G=E-F |
|---|---|---|---|
| #1 | 55.00 [50] | 40.00 | 15.00 [51] |
| #2 | 55.00 [50] | 40.00 | 15.00 [51] |
| #3 | 55.00 [50] | 40.00 | 15.00 [51] |

### Minimum Wage Damages

| Period | Minimum Wage H | Regular Rate I | Difference J=H-I | Damages/Week K=J*F | Damages L=K*D |
|---|---|---|---|---|---|
| #1 | $ 9.00 [52] | $ — [53] | $ 9.00 | $ 360.00 | $ 15,685.71 |
| #2 | $ 11.00 [52] | $ — [53] | $ 11.00 | $ 440.00 | $ 3,771.43 |
| #3 | $ 11.00 [52] | $ 20.00 [54] | $ (9.00) | $ — [55] | $ — [55] |
| | | | | Total | $ 19,457.14 |

[49] Dates determined based on Verdict Form, Question #2. (See dkt. no. 109 at 2.)

[50] From Verdict Form, Question # 6. (See dkt. no. 109 at 4.)

[51] From Verdict Form, Question # 10. (See dkt. no. 109 at 5.)

[52] See N.Y. Lab. Law § 652(1).

[53] From Verdict Form, Question # 7(c). (See dkt. no. 109 at 4.)

[54] To compute this value, the Court multiplied the $160 per day figure found by the jury (see Verdict Form, Question 7(b)) by the 5 days worked per week found by the jury (see Verdict Form, Question 5). The Court then divided that number by 40 hours to obtain the Regular Rate.

[55] Because the plaintiff was paid a rate in excess of the minimum wage for this period, he has suffered no damages for that period.

11

17-CV-273 (LAP)
Plaintiff Chengbin Qian

## Overtime Damages

| Period | Overtime Wage $M=H*1.5$ | Overtime Hrs. G (Above) | Overtime/Week $N=M*G$ | Weeks D (Above) | Damages $O=N*D$ |
|---|---|---|---|---|---|
| #1 | $ 13.50 [56] | 15.00 | $ 202.50 | 43.57 | $ 8,823.21 |
| #2 | $ 16.50 [56] | 15.00 | $ 247.50 | 8.57 | $ 2,121.43 |
| #3 | $ 30.00 [57] | 15.00 | $ 450.00 | 4.43 | $ 1,992.86 |
| | | | | Total | $ 12,937.50 |

## Spread of Hours Damages

| Period | Minimum Wage H (Above) | Days/Week P | Spread/Week $Q=H*P$ | Weeks D (Above) | Damages $R=Q*D$ |
|---|---|---|---|---|---|
| #1 | $ 9.00 | 5.00 [58] | $ 45.00 | 43.57 | $ 1,960.71 |
| #2 | $ 11.00 | 5.00 [58] | $ 55.00 | 8.57 | $ 471.43 |
| #3 | $ 11.00 | 5.00 [58] | $ 55.00 | 4.43 | $ 243.57 |
| | | | | Total | $ 2,675.71 |

## Compensation Damages

| Type of Compensation | Damages $S=L+O+R$ | Liquidated $T=S$ |
|---|---|---|
| Minimum Wage | $ 19,457.14 | $ 19,457.14 [59] |
| Overtime | $ 12,937.50 | $ 12,937.50 [59] |
| Spread of Hours | $ 2,675.71 | $ 2,675.71 [59] |
| Total | $ 35,070.36 | $ 35,070.36 |

[56] Here, the overtime wage rate is 1.5 times the minimum wage. See 12 N.Y.C.R.R. § 146-1.4.

[57] Here, because the regular rate is higher than the applicable minimum wage, the overtime wage rate is 1.5 times the regular rate. See 12 N.Y.C.R.R. § 146-1.4.

[58] From Verdict Form, Question # 13. (See dkt. no. 109 at 6.)

[59] Because Defendants did not act in good faith, (see dkt. no. 109 at 7-8), liquidated damages are equal to 100% of underpaid wages, see N.Y. Lab. Law § 663(1).

12

17-CV-273 (LAP)
Plaintiff Chengbin Qian

### Wage Notification

| Days | Damages/Day | Penalty |
|---|---|---|
| C (Above) | U | V=C*U |
| 396.00 | $ 50.00 [60] | $ 5,000.00 [61] |

### Wage Statements

| Days | Damages/Day | Penalty |
|---|---|---|
| C (Above) | W | X=C*W |
| 396.00 | $ 250.00 [62] | $ 5,000.00 [63] |

### Summary

| | | |
|---|---|---|
| Compensation Damages | S (Above) | $ 35,070.36 |
| Liquidated Damages | T (Above) | $ 35,070.36 |
| Wage Notification Penalty | V (Above) | $ 5,000.00 |
| Wage Statements Penalty | X (Above) | $ 5,000.00 |
| **Total Award** | Y=S+T+V+X | $ 80,140.71 |

[60] See N.Y. Lab. Law § 198(1-b).
[61] Under the New York Labor Law, the maximum penalty cannot exceed $5,000. See N.Y. Lab. Law § 198(1-b).
[62] See N.Y. Lab. Law § 198(1-d).
[63] Under the New York Labor Law, the maximum penalty cannot exceed $5,000. See N.Y. Lab. Law § 198(1-d).

13

17-CV-273 (LAP)
All Plaintiffs

## Pre-Judgment Interest

| Plaintiff | Period Start<br>A | Period End<br>B | Years<br>C=(B-A)/365 | Rate<br>D | Damages<br>E | Interest<br>F=C*D*E |
|---|---|---|---|---|---|---|
| Lianhua Weng | 4/1/2015 [64] | 9/28/2021 [65] | 6.50 | 9.00% [66] | $ 79,410.82 [67] | $ 46,465.12 [68] |
| Haihua Zhai | 9/11/2015 [64] | 9/28/2021 [65] | 6.05 | 9.00% [66] | $ 17,786.76 [67] | $ 9,692.57 [68] |
| Shimin Yuan | 1/14/2016 [64] | 9/28/2021 [65] | 5.71 | 9.00% [66] | $ 15,527.79 [67] | $ 7,982.98 [68] |
| Wen Zhang | 4/11/2016 [64] | 9/28/2021 [65] | 5.47 | 9.00% [66] | $ 12,176.48 [67] | $ 5,995.83 [68] |
| Chengbin Qian | 9/14/2016 [64] | 9/28/2021 [65] | 5.04 | 9.00% [66] | $ 35,070.36 [67] | $ 15,920.02 [68] |
| | | | | | Total | $ 86,056.53 |

[64] Where "damages were incurred at various times, interest shall be computed upon each item from the date it was incurred or upon all of the damages from a single reasonable intermediate date." N.Y. C.P.L.R. § 5001(b). "Simple prejudgment interest is calculated from a singular, midpoint date." Maldonado v. La Nueva Rampa, Inc., No. 10 Civ. 8195 (LLS) (JLC), 2012 WL 1669341, at *11 (S.D.N.Y. May 14, 2012). Accordingly, the Court determined this date by calculating the mid-point between the start and end dates of Plaintiff's employment based on the applicable verdict sheet. (See dkt. nos. 109-113.)

[65] This represents the day of the Court's entry of judgment.

[66] See N.Y. C.P.L.R. § 5004.

[67] "Prejudgment interest . . . applies only to the lost wages, not the liquidated damages or statutory damages." Augusto Corrales v. AJMM Trucking Corp., No. 19-CV-4532 (LJL), 2020 WL 1911189, at *4 (S.D.N.Y. Apr. 20, 2020).

[68] New York law provides for pre-judgment interest to be calculated on a simple (rather than compound) basis. See Marfia v. T.C. Ziraat Bankasi, 147 F.3d 83, 90 (2d Cir. 1998). "Simple pre-judgment interest is calculated by multiplying the principal by the interest rate by the time period . . . up until and including the date judgment is entered." Ancamarca v. Pita Grill 7 Inc., No. 11 Civ. 7777 (JGK) (JLC), 2012 WL 3578781, at *9 (S.D.N.Y. Aug. 2, 2012).

14