UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANHUA WENG, et al.,<br><br>　　　　　　Plaintiffs,<br><br>-against-<br><br>KUNG FU LITTLE STEAMED BUNS RAMEN, INC., et al.,<br><br>　　　　　　Defendants. | No. 17-CV-273 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court has reviewed Defense Counsel's letter dated July 21, 2023. (Dkt. no. 165.) Plaintiffs' Counsel shall respond no later than August 17, 2023. Defense Counsel may reply no later than September 6, 2023.

**SO ORDERED.**

Dated:　　August 10, 2023
　　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge