UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LIANHUA WENG,
HAIHUA ZHAI,
SHIMIN YUAN,
CHENGBIN QIAN, and
GUANGLI ZHANG,

                                 Plaintiffs,         Case No. 17-cv-00273 (LAP)

                  v.                           **[PROPOSED]**
                                                                  **SUPPLEMENTAL JUDGMENT**

KUNG FU LITTLE STEAMED BUNS RAMEN INC.
    d/b/a Kung Fu Little Steamed Buns Ramen,
KUNG FU DELICACY INC.
    d/b/a Kung Fu Little Steamed Buns Ramen,
KUNG FU KITCHEN INC.
    d/b/a Kung Fu Little Steamed Buns Ramen,
ZHE SONG
    a/k/a Peter Song,
"JOHN" LIU
    a/k/a Andy Liu, and
ZHIMIN CHEN,
                                 Defendants.
-----------------------------------------------------------------x

        IT IS ORDERED, ADJUDGED, AND DECREED: that pursuant to the Order of this Court of April 20, 2023 (Dkt. No. 151), in addition to the Judgment entered on September 28, 2021 (Dkt. No. 145) and the amounts awarded therein, Plaintiffs be awarded attorney fees against Defendants, jointly and severally, in the amount of $23,844.00.

        The Clerk of Court is directed to enter judgment, and to close this case.

        SO ORDERED.

Dated: New York, NY
                       , 20___                               Hon. Loretta A. Preska, U.S.D.J.